IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH RAYMOND BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.           ) | 02: 06-cv-0804 |
| ) | |
| KIA MOTORS CORPORATION and ) | |
| KIA MOTORS AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER OF COURT**

Presently before the Court is the MOTION IN LIMINE filed by Plaintiff (Document No. 153), the BRIEF IN OPPOSITION filed by Defendants (Document No. 156), and the BRIEF IN RESPONSE TO DEFENDANT'S OPPOSITION filed by Plaintiff (Document No. 157). For the reasons which follow, the Motion is **GRANTED IN PART and DENIED IN PART**.

Plaintiff seeks the unusual request of having the deadline for fact discovery, September 17, 2007, be the date "marking the end of actual damages, the beginning of projected future damages to be proven by plaintiff's life care plan, and the end to supplementation of medical records and bills to Defendant." Mot. at 1.

It is black letter law that compensatory damages are calculated from the date of injury until the date of verdict, while future damages are calculated from the date of verdict until an unspecified date in the future.

Accordingly, because the Plaintiff requests that the Court order a date for the transition between the end of actual damages and the beginning of projected future damages, **JANUARY 11, 2010** (the date trial is to commence in this matter) will be the "transition date . .

. for marking the end of actual damages, the beginning of projected future damages to be proven by plaintiff's life care plan, and the end to supplementation of medical records and bills to the Defendant."

So **ORDERED** this 18th day of September, 2009.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:  Mark F. Conboy, Esquire
   Conboy & Associates LLC
   Email: conboymark@hotmail.com

   J. Kendall Few, Esquire
   Email: kelli@jkendallfew.com

   Michael Layman Ritchie, Esquire
   Ritchie Law Firm
   Email: MRitchie@Ritchielawfirm.com

   Roger A Ritchie, Esquire
   Ritchie Law Firm, P.L.C.
   Email: rritchie@ritchielawfirm.com

   Christopher C. Spencer, Esquire
   O'Hagan Spencer, LLC
   Email: cspencer@ohaganspencer.com

   Clem C. Trischler, Esquire
   Pietragallo, Bosick & Gordon
   Email: cct@pietragallo.com

   Elizabeth Kinland Shoenfeld, Esquire
   O'Hagan Spencer, LLC
   Email: ekinland@ohaganspencer.com

   Scott W. Monson, Esquire
   Gordon & Rees, LLP
   Email: smonson@gordonrees.com